## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: Anjanette Hensley }  Case No. 15-80542
} Chapter 13
Debtor(s). }

### AMENDMENT TO THE PLAN AND SUMMARY
### NOTICE OF INCORPORATION OF TERMS OF ORIGINAL PLAN
### AND STATEMENT OF MATERIAL CHANGES TO TREATMENT OF CLAIMS

Comes now the Debtor and files her First Amendment to the Plan and Summary, Notice of Incorporation of Terms of Original Plan and Statement of Changes to Provisions of Secured Claims.

1. The Debtor has attached hereto her First Amended Plan Summary which provides for a term of 60 months.
2. All terms contained in the Original Plan filed on May 26, 2015 (Docket Entry #2)(except the summary) are incorporated by reference.
3. Pursuant to 11 U.S.C. §1323(b) the modifications contained in the Amendments to the Plan and Summary attached hereto and the terms of the Original Plan (except the Summary) as incorporated herein become the plan.
4. Only the following secured claims have been affected by the modifications contained in the Amended Summary attached:

| Creditor | Collateral | Description of the Change |
| --- | --- | --- |
| Capital One Auto Finance | 2011 Kia Rio | To pay claim at $4525.00 at 3.99% interest in accordance with motion to value secured property filed in this matter. |
|  |  |  |
|  |  |  |
|  |  |  |

5. The distribution to Unsecured creditors unchanged at .11% due to the changes.

Dated: 10-5-15

/s/Terry D. Bigby
Attorney for Debtors
429 S. Muskogee Ave.
Tahlequah, OK 74464
918-456-1782
405-543-1412 fax
terry@bigbylaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: Anjanette Hensley | } | Case No. 15-80542 |
| | } | Chapter 13 |
| Debtor(s). | } | |

## CERTIFICATE OF MAILING

   I, Terry D. Bigby, attorney for Debtors does hereby certify that on 10-5-15, true and correct copies of the AMENDMENTS TO THE PLAN AND SUMMARY NOTICE OF INCORPORATION OF TERMS OF ORIGINAL PLAN AND STATEMENT OF MATERIAL CHANGES TO TREATMENT OF CLAIMS and Withdrawal of Prior Plan were mailed by first class mail with proper postage prepaid to all parties and entities on the matrix and all affected thereby.

Dated: 10-5-15

/s/ Terry D. Bigby
_____
Terry D. Bigby, OBA 11758
Attorney for Debtors
429 S. Muskogee Ave.
Tahlequah, OK 74464
918-456-1782
405-543-1412 fax
terry@bigbylaw.com

# Summary of Plan

Use for Original and Amended Plans

Debtor(s):     Case No.     Dated:    10/4/2015

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/ Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 2011 Kia Rio | Capital One Auto Finance | $4,525.00 | | 3.9900% | 1 | 60 | $83.59 | Trustee | 60 | $5,015.48 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Terry D. Bigby | | | | | | | Trustee | | $2,850.00 |
| IV.B. | Taxes | Internal Revenue Service | | | | | | | Trustee | | $6,134.00 |
| IV.B. | Taxes | Oklahoma Tax Commission | | | | | | | Trustee | | $1,672.00 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $15,671.48 |

**Class V Executory Contracts:**

There are no other executory contracts.

| | Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|---|
| | 36 | 60 | 1 | 5 | $204.00 | Debtor | 5 | $1,020.00 |
| | | | 6 | 60 | $300.00 | Debtor | 55 | $16,500.00 |
| | | | | | | Debtor | 1 | $0.00 |
| | | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $17,520.00 |
| Trustee Fee (10%) | $1,752.00 |
| Total paid to Class I, II, III, IV.A and IV.B creditors above | $15,671.48 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $75.00 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $21.52 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59) | $0.00 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $0.00 |
| Amount available to all Creditors under Chapter 7: | $100.00 |
| Total Priority Claims: | $7,806.00 |
| Chapter 7 Test Amount: | $0.00 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Amount proposed to Pay to Class IV.C. Claims (In Re Lanning): | $75.00 |
| (Must be more than Greater of DITUC or CH 7 Test) | |
| Amount to Class IV.C. Claims: | $75.00 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $65,935 |
| Claims Relegated to Class IV.C. | $0 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $65,935 |
| Required Amount to Class IV.C. Claims | $75.00 |
| Estimated Percentage to Class IV.C. Claims: | 0.11% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $10,320.00 |
| Less Trustee Fee: | $1,032.00 |
| Less payments to Creditors: | $15,671.48 |
| Net to Class IV.C Claims: | $0.00 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:** Debtor proposed to pay Creditor Randolph and Bernice Gordon direct during term of the plan.

Form SP Post-Act 07012011(for Plan form 07-01-2011)

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.